# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TIMOTHY SCOTT MCCANE,**

    **Plaintiff,**

                                **Civil Action 2:12-cv-00067**
**v.**                                **Judge Edmund A. Sargus**
                                **Magistrate Judge E.A. Preston Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendants.**

## DEFICIENCY ORDER

    Although Plaintiff has provided the Court with a summons and copy of the complaint for service on the Chief Regional Counsel of the Social Security Administration, Plaintiff has failed to submit a copies of his complaint and summons for service on the Attorney General of the United States, Washington D.C. 20530, and the United States Attorney, 303 Marconi Blvd., Suite 200, Columbus, OH 43215.  Accordingly, Plaintiff is **DIRECTED** to correct this deficiency.  Plaintiff is cautioned that failure to do so in a timely fashion may result in dismissal of this action.

    **IT IS SO ORDERED.**

Date: January 24, 2012                                       /s/ *Elizabeth A. Preston Deavers*
                                                                    Elizabeth A. Preston Deavers
                                                                    United States Magistrate Judge