UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TIMOTHY SCOTT McCANE,

      Plaintiff,

v.

                               Civil Action 2:12-cv-00067
                               Judge Edmund A. Sargus
                               Magistrate Judge Elizabeth P. Deavers

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## ORDER

This matter is before the Court for consideration of the September 17, 2012 Report and

Recommendation of the Magistrate Judge. (ECF No. 23.) The Magistrate Judge recommended

that the Court dismiss this action because Plaintiff filed his Complaint after the 60-day statute of

limitations set forth in Section 405(g) of the Social Security Act had expired. 42 U.S.C. §

405(g). The Magistrate Judge also recommended that the Court deny Defendant's alternative

Motion for Summary Judgment as moot in light of her recommendation that this action be

dismissed.

The Report and Recommendation specifically advised the parties that their failure to

object to the Report and Recommendation within fourteen days of the Report would result in a

"waiver of the right to de novo review . . . by the District Judge and waiver of the right to appeal

the judgment of the District Court." (Report and Recommendation 6, ECF No. 23.) The time

period for filing objections to the Report and Recommendation has expired. Plaintiff has not

objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have

been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report

and Recommendation. (ECF No. 23.) Accordingly, this action is **DISMISSED** as time barred.

Defendant's alternative Motion for Summary Judgment is **DENIED** as moot. The Clerk is

**DIRECTED** to enter judgement in favor of Defendant and to terminate this case.

    **IT IS SO ORDERED.**


    10-16- 2012

**DATE**

    **EDMUND A. SARGUS, JR.**
    **UNITED STATES DISTRICT JUDGE**