AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TIMOTHY SCOTT McCANE,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

      **CASE NO.  C2-12-067**
**COMMISSIONER OF SOCIAL**   **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**   **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

      **Defendant.**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed October 16, 2012, JUDGMENT is hereby entered in favor of the Defendant.  This case is DISMISSED.**

Date: October 16, 2012                              JOHN P. HEHMAN, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk